UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBOURAH MATTATALL,

    Plaintiff,

v.

                                                        Case No. 13-14344

                                                        Hon. John Corbett O'Meara

TRANSDERMAL CORP.,

    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the court is Plaintiff's motion for reconsideration, filed May 2, 2014. Plaintiff seeks reconsideration of the court's order granting Defendant's motion for summary judgment, which was entered April 18, 2014. On May 14, 2014, Plaintiff filed a notice of appeal. A notice of appeal generally "confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal." Marrese v. American Academy of Orthopaedic Surgeons, 470 U.S. 373, 379 (1985). See also Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982); Raum v. Norwood, 93 Fed. Appx. 693, 695 (6th Cir. 2004) (Plaintiffs deprived district court of jurisdiction over their motion for reconsideration by filing notice of appeal before district court had chance to make decision on motion to reconsider). Because Plaintiff filed a notice of appeal,

this court lacks jurisdiction to rule on Plaintiff's motion for reconsideration.

IT IS HEREBY ORDERED that Plaintiff's May 2, 2014 motion for reconsideration is DENIED.

                s/John Corbett O'Meara
                United States District Judge

Date: July 29, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 29, 2014, using the ECF system.

                s/William Barkholz
                Case Manager