UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBOURAH MATTATALL,

    Plaintiff,

v.

TRANSDERMAL CORP.,

    Defendant.
_____/

Case No. 13-14344

Hon. John Corbett O'Meara

## ORDER TAXING COSTS
## OF APPEAL IN FAVOR OF PLAINTIFF

Before the court is Plaintiff's bill of costs incurred on appeal, filed May 19, 2015.  The court granted summary judgment in favor of Defendant, a decision that the Sixth Circuit vacated on appeal.  When a judgment is vacated, costs on appeal are "taxed only as the court orders." Fed. R. App. P. 39(a)(4).  Costs such as the transcript and filing fee are taxable in the district court.  Fed. R. App. P. 39(e).

In its mandate, issued May 29, 2015, the Sixth Circuit taxed costs in favor of Plaintiff in amount of $505, which is the amount of the filing fee.  Plaintiff also seeks $73 in transcript costs.  Pursuant to Fed. R. App. P. 39(e)(2), the court will tax an additional $73 in costs in favor of Plaintiff.

    SO ORDERED.

                                      s/John Corbett O'Meara
                                      United States District Judge

Date:  June 9, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 9, 2015, using the ECF system.

        s/William Barkholz
        Case Manager